

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Valerie Dyer Harding

No. 06-18-00067-CV

Original Mandamus Proceeding

Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted. We direct the trial court to vacate its order denying Harding's motion to transfer venue to Dallas County and, instead, issue an order granting the motion. The writ will issue only if the trial court fails to comply.

RENDERED OCTOBER 11, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk